JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual, | Case No. 5:22-cv-00218-JWH-KK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ARMALDO GONZALEZ, an individual; and ALBERTO GONZALEZ, an individual, | |
| Defendants. | |

Pursuant to the "Video Hearing on Plaintiff's First Application for Default Judgment" [ECF No. 43], and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The First Application for Default Judgment [ECF No. 33] of Plaintiff Teresa Hicks ("Plaintiff") is **GRANTED**. Judgment is entered in **FAVOR** of Plaintiff, and against Defendants Armando Gonzalez and Alberto Gonzalez (jointly, "Defendants"), with respect to Plaintiff's claim for relief arising under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, *et seq*.

3. Defendants are **ORDERED** to provide, within one hundred eighty (180) days from the date of entry of this Judgment, accessible exterior paths of travel, accessible parking spaces, compliant signage regarding parking, an accessible front entrance, and an accessible interior at the property located at or about 1520 W. Holt Blvd., Ontario, CA 91762, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 7, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE